**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VALERIE GOODNESS, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> STELLAR RECOVERY, INC., ) <br> ) <br> Defendant ) <br> ) <br> ) | **Case No.: 1:15-cv-00271** |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: June 29, 2015

BY: */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: kimmel@creditlaw.com
Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 29th day of June, 2015, a true and correct copy of the foregoing pleading served via mail to the below:

    Rachel B. Ommerman, Esq.
    Berman & Rabin, P.A.
    15280 Metcalf Ave.
    Overland Park, KS 66223
    ROmmerman@bermanrabin.com

    */s/ Craig Thor Kimmel*
    Craig Thor Kimmel, Esquire
    Kimmel & Silverman, P.C
    30 East Butler Pike
    Ambler, PA 19002
    Phone: (215) 540-8888
    Facsimile: (215) 540-8817
    Email: kimmel@creditlaw.com
    Attorney for Plaintiff